1   Mark Wenzel, Esq.
    Nevada State Bar No. 5820
2   BRADLEY, DRENDEL & JEANNEY
    P.O. Box 1987
3   Reno, NV 89505
    Telephone No. (775) 335-9999
4   Facsimile No. (775) 335-9993
    *Attorney for Plaintiff*
5

```
┌─────────────────────────────────────┐
│  ✓ FILED          ____ RECEIVED      │
│  ____ ENTERED     ____ SERVED ON     │
│        COUNSEL/PARTIES OF RECORD     │
│                                      │
│           DEC - 2 2019               │
│                                      │
│      CLERK US DISTRICT COURT         │
│        DISTRICT OF NEVADA            │
│  BY: _____ DEPUTY    │
└─────────────────────────────────────┘
```

6

7

8                       UNITED STATES DISTRICT COURT

9                           DISTRICT OF NEVADA

10  DAVID CAREY,                          Case No. 3:19-cv-00555-RCJ-CLB

11              Plaintiff,                 ORDER

12  v.

13  THE TRAVELERS INDEMNITY
    COMPANY, a Foreign Corporation; ABC
14  CORPORATIONS I-X; BLACK AND
    WHITE COMPANIES I-X; and JOHN
15  DOES I-X, inclusive,

16              Defendants.
                                    /
17

18                      **SUBSTITUTION OF COUNSEL**

        Plaintiff, DAVID CAREY, does hereby agree to the substitution of Mark Wenzel, Esq. of
19
    Bradley, Drendel & Jeanney as his attorney in place and stead of William C. Jeanney, Esq. in the
20
    above-entitled action.
21
        Dated this 26 day of November 2019.
22
                                        BRADLEY, DRENDEL & JEANNEY
23

24

25                                      William C. Jeanney, Esq.
                                        *Attorney for Plaintiff*
26  ///

27  ///

28  ///

                                        -1-

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 203106

1    William C. Jeanney does hereby agree to the substitution of Mark Wenzel, Esq. of Bradley,

2    Drendel & Jeanney in his place and stead as attorney for Plaintiff DAVID CAREY, in the above-

3    entitled action.

4    Dated this ___ day of November 2019.

5                                                    BRADLEY, DRENDEL & JEANNEY

6

7                                                    _____
                                                     William C. Jeanney, Esq.
8                                                    *Attorney for Plaintiff*

9    Mark Wenzel, Esq. of Bradley, Drendel & Jeanney hereby consents to be substituted as

10   attorney for Plaintiff DAVID CAREY in the place and stead of William C. Jeanney, Esq. in the

11   above-entitled action.

12                        AFFIRMATION Pursuant to NRS 239B.030

13   The undersigned does hereby affirm that the preceding document does not contain the social

14   security number of any person.

15   Dated this 25th day of November 2019.

16

17                                                    BRADLEY, DRENDEL & JEANNEY

18                                                    _____

19                                                    Mark Wenzel, Esq.
                                                     *Attorney for Plaintiff*
20

21                                                    IT IS SO ORDERED

22

23                                                    _____
                                                     U.S. MAGISTRATE JUDGE
24                                                    DATED: 12/2/2019

25

26

27

28

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 203106