1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

11  DAVID CAREY,                                    Case No. 3:19-cv-00555-RCJ-CLB

12              Plaintiff,

13  v.

14  THE TRAVELERS INDEMNITY
    COMPANY, a Foreign Corporation; ABC
15  CORPORATIONS I-X; BLACK AND
    WHITE COMPANIES I-X; and JOHN DOES
16  I-X, inclusive,

17              Defendants.
    _____/

18
                **ORDER FOR DISMISSAL WITH PREJUDICE**
19
            IT IS HEREBY STIPULATED and AGREED between the parties hereto, by and through
20
    their undersigned counsel of record, that the above-entitled matter, being fully compromised and
21
    settled, be dismissed with prejudice, and that each party shall bear their own attorney's fees and costs.
22
            IT IS SO STIPULATED AND AGREED.
23
                        AFFIRMATION Pursuant to NRS 239B.030
24
            The undersigned does hereby affirm that the preceding document does not contain the social
25
    security number of any person.
26
    ///
27
    ///
28

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 203106

Dated this 17th day of March 2020.

BRADLEY, DRENDEL & JEANNEY

Mark Wenzel, Esq.

IT IS SO ORDERED.

Dated this 24th day of March, 2020.

Dated this 18th day of March 2020.

LAW OFFICES OF MORALES FIERRO REEVES

/s/ William Reeves
William Reeves, Esq.

UNITED STATES DISTRICT JUDGE

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 203106